

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2015

No. 04-15-00674-CV

Edgar **MARKWARDT**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11416
Peter Sakai, Judge Presiding

# O R D E R

The clerk's record was due November 13, 2015, but was not filed. On November 24, 2015, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **December 12, 2015** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

We **order** the clerk of this court to serve a copy of this order on the district clerk, the court reporter, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court